**EXHIBIT C**



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME;**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 9, 2024

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON

*March 14, 2017*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

504270666     03/14/2017

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4317348

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MARTIN KOEBLER | 03/10/2017 |

### RECEIVING PARTY DATA

| Name: | STARK POWER, INC. |
|---|---|
| Street Address: | PO BOX 2588 |
| City: | DAVIDSON |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 28036 |

### PROPERTY NUMBERS Total: 11

| Property Type | Number |
|---|---|
| Application Number: | 61458657 |
| Application Number: | 61463736 |
| Application Number: | 13989273 |
| Application Number: | 29469328 |
| Application Number: | 29469399 |
| Application Number: | 14657101 |
| Application Number: | 29542947 |
| Application Number: | 14887226 |
| Application Number: | 29545750 |
| Application Number: | 15230822 |
| PCT Number: | US2011001937 |

### CORRESPONDENCE DATA

**Fax Number:**     (704)444-1111

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 704-444-1000
**Email:** kim.shaul@alston.com
**Correspondent Name:** ALSTON & BIRD LLP
**Address Line 1:** BANK OF AMERICA PLAZA
**Address Line 2:** 101 SOUTH TRYON STREET, SUITE 4000
**Address Line 4:** CHARLOTTE, NORTH CAROLINA 28280-4000

504270666

PATENT
REEL: 041994 FRAME: 0662

| ATTORNEY DOCKET NUMBER: | 064733/477484 |
|---|---|
| **NAME OF SUBMITTER:** | GUY R. GOSNELL |
| **SIGNATURE:** | /Guy R. Gosnell/ |
| **DATE SIGNED:** | 03/14/2017 |
| **Total Attachments: 5** <br> source=KoeblerAssignment#page1.tif <br> source=KoeblerAssignment#page2.tif <br> source=KoeblerAssignment#page3.tif <br> source=KoeblerAssignment#page4.tif <br> source=KoeblerAssignment#page5.tif | |

## ASSIGNMENT

THIS ASSIGNMENT, made by Martin Koebler, hereinafter referred to as Assignor;
WITNESSETH: That,

WHEREAS, Assignor is an inventor of the patents and/or patent applications identified on the attached Schedule A, in and to all corresponding patents and/or patent applications worldwide, and in and to the inventions represented thereby (all hereinafter referred to as the "Patents"); and,

WHEREAS, Stark Power, Inc., with an address of P.O. Box 2588, Davidson, NC 28036, hereinafter referred to as Assignee, is desirous of acquiring the entire right, title, and interest in and to said Patents and in and to the inventions represented thereby; and

WHEREAS, the parties have agreed to the Assignment hereinafter set forth;

NOW, THEREFORE, To All Whom It May Concern, be it known that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the above Assignor has sold and by these presents does hereby sell, assign, transfer, and convey unto the said Assignee, its successors and assigns, its entire right, title, and interest in and to said Patents and the inventions represented thereby, and any and all continuations, continuations-in-part, or divisions thereof, and any and all Letters Patent or reissues, reexaminations, or extensions thereof which may be granted therefor or thereon, to the full end of the term for which said Letters Patent may be granted, together with the right to claim priority in all countries in accordance with the International Convention; all rights corresponding to said Patents in all countries throughout the world; and all of its rights to sue for past infringement of said Patents worldwide, together with all claims for damage by reason of past infringement of said Patents, with the right to sue for, and collect the same for Assignee's own use and enjoyment; all to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignor if this assignment and sale had not been made.

From time to time after the date hereof, at the request of either party hereto, and at the expense of the party so requesting, each of the parties hereto shall execute and deliver to such requesting party such documents and take such other action as such requesting party may

PATENT
REEL: 041994 FRAME: 0664

reasonably request in order to consummate more effectively the transactions contemplated hereby.

*Remainder of Page Intentionally Left Blank*

PATENT
REEL: 041994 FRAME: 0665

IN WITNESS WHEREOF, the Assignor has caused this assignment to be executed this 10th day of MARCH, 2017.

ASSIGNOR:

MARTIN KOEBLER

_____
Signature

STATE OF NORTH CAROLINA    )
                           )
COUNTY OF IREDELL          )

I, Roger T Leon, a Notary Public for said County and State, do hereby certify that Martin Koebler personally came before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 10th day of MARCH, 2017.

(Official Seal)

_____
Notary Public

My commission expires: 6-20-2020

IN WITNESS WHEREOF, the Assignee has caused this assignment to be executed this 10th day of MARCH, 2017.

ASSIGNEE:

STARK POWER, INC.

By: _____

Print Name: Keith Parker

Title: VP

STATE OF NORTH CAROLINA )
                         )
COUNTY OF IREDELL        )

I, Roger T Leon, a Notary Public for said County and State, do hereby certify that KEITH PARKER, personally came before me this day and acknowledged that he/she is VP _____ of Stark Power, Inc. and acknowledged, on behalf of, Stark Power, Inc., the due execution of the foregoing instrument.

Witness my hand and official seal, this the 10th day of MARCH, 2017.

(Official Seal)

_____
Notary Public

My commission expires: 6-20-2020

Page 4 of 5

**PATENT
REEL: 041994 FRAME: 0667**

Assignment Between Martin Koehler and Stark Power, Inc.

SCHEDULE A

| Country | Application No. | Filing Date | Patent No. | Grant Date |
|---|---|---|---|---|
| US | 61/458,657 | 11/29/2010 | | |
| US | 61/463,736 | 02/22/2011 | | |
| US | 13/989,273 | 05/23/2013 | 9,412,994 | 08/09/2016 |
| US | 29/469,328 | 10/09/2013 | D719,088 | 12/09/2014 |
| US | 29/469,399 | 10/09/2013 | D730,280 | 05/26/2015 |
| US | 14/657,101 | 03/13/2015 | | |
| US | 29/542,947 | 10/19/2015 | | |
| US | 14/887,226 | 10/19/2015 | | |
| US | 29/545,750 | 11/16/2015 | | |
| US | 15/230,822 | 08/08/2016 | | |
| WO | PCT/US2011/001937 | 11/28/2011 | | |
| EP | 11844168.2 | 11/28/2011 | | |
| CN | 201180057159.1 | 05/28/2013 | | |
| CN | 201510707053.1 | 10/27/2015 | | |
| CN | 201510707122.9 | 10/27/2015 | | |
| CN | 201510707815.6 | 10/27/2015 | | |
| CN | 201510707445.8 | 10/27/2015 | | |

Page 5 of 5

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**July 9, 2024**

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON**

*March 8, 2021*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

506541373    03/08/2021

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6588151

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| STARK POWER, INC. | 06/09/2020 |

### RECEIVING PARTY DATA

| Name: | MARTIN KOEBLER |
| --- | --- |
| Street Address: | 630 PORTSIDE DRIVE |
| City: | DAVIDSON |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 28036 |

### PROPERTY NUMBERS Total: 11

| Property Type | Number |
| --- | --- |
| Patent Number: | D719088 |
| Patent Number: | D730280 |
| Patent Number: | 9412994 |
| Patent Number: | 9768435 |
| Patent Number: | 9954207 |
| Application Number: | 29542947 |
| Application Number: | 29545750 |
| Application Number: | 15230822 |
| Application Number: | 15650591 |
| Application Number: | 29610314 |
| Application Number: | 15678299 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 4127804061  
Email: tmdjoseph@yahoo.com  
Correspondent Name: THOMAS M JOSEPH  
Address Line 1: P.O. BOX 14789  
Address Line 4: PITTSBURGH, PENNSYLVANIA 15234

| ATTORNEY DOCKET NUMBER: | 643 |
|---|---|
| NAME OF SUBMITTER: | THOMAS M. JOSEPH |
| SIGNATURE: | /THOMAS M. JOSEPH/ |
| DATE SIGNED: | 03/08/2021 |

**Total Attachments: 2**
source=Assignment #3 060920#page1.tif
source=Assignment #3 060920#page2.tif

# ASSIGNMENT

WHEREAS, **STARK POWER, INC.**, a corporation of North Carolina, is the assignee of the following United States Patents and Patent Applications; and

WHEREAS, **STARK POWER, INC.**, is subject to the United States Bankruptcy Court for the Western District of North Carolina in Bankruptcy Case No. 19-30907; and

WHEREAS, **MARTIN KOEBLER,** an individual, domiciled at 630 Portside Drive, Davidson, NC 28036, USA, is desirous of acquiring the entire right, title, and interest in, to and under the same;

NOW, THEREFORE, pursuant Order A in Bankruptcy Case No. 19-30907, in the United States Bankruptcy Court for the Western District of North Carolina, and in consideration of One Hundred Dollars, receipt of which is hereby acknowledged, and other good and valuable consideration, and intending to be legally bound, **STARK POWER, INC.** (hereinafter Assignor) hereby assigns, transfers and sets over unto **MARTIN KOEBLER** (hereinafter Assignee) the entire, full and undivided right, title and interest in, to and under the following Letters Patent and Patent Applications, and all foreign counterparts thereof, including the right to sue for and recover all past, present and future damages for infringement of the Patents and of any patents that issue from any of the patent applications to the end of the term for which each of said Letters Patent is or may be granted or may be reissued, as fully and entirely as the same would have been held and enjoyed by Assignor had this assignment and sale not been made.

## UNITED STATES PATENTS

| US Patent No. | Issue Date | Title |
| --- | --- | --- |
| D719,088 | 12-09-2014 | 12-POST STARTER BATTERY |
| D730,280 | 05-26-2015 | JUMPBOX |
| 9,412,994 | 09 August 2016 | LITHIUM STARTER BATTERY AND SOLID STATE SWITCH THEREFOR |
| 9,768,435 | 09-19-2017. | PORTABLE JUMP STARTER APPARATUS WITH SIMPLIFIED SAFETY PROTECTION |
| 9,954,207 | 04-24-2018 | LITHIUM STARTER, JUMP STARTER, AND DEEP CYCLE BATTERY, WITH SOLID STATE SWITCH THEREFOR |

## UNITED STATES PATENT APPLICATIONS

| Serial Number | Filing Date | Title |
|---|---|---|
| 29/542,947 | 10-19-2015 | BATTERY CLAMP |
| 29/545,750 | 11-16-2015 | BATTERY CLAMP HANDLE FOR A JUMPER CABLE |
| 15/230,822 | 08-08-2016 | LITHIUM-BASED STARTER BATTERY |
| 15/650,591 | 07-14-2017 | JUMPER CABLES FOR LITHIUM-BASED STARTER BATTERY |
| 29/610,314 | 07-11-2017 | COVER FOR STARTER BATTERY |
| 15/678,299 | 08-16-2017 | JUMPBOX FOR LITHIUM-BASED STARTER BATTERY |

The Assignor agrees to execute all papers necessary in connection with any continuing, divisional, reexamination or reissue applications thereof and also to execute separate assignments in connection with any such US or foreign applications or patents as the Assignee may deem necessary or expedient or essential to its full protection and title in and to the invention hereby transferred.

The Assignor hereby authorizes and requests the Commissioner of Patents to issue any and all Letters Patents of the United States resulting from any of said Patent Applications or from any division or continuing or reexamination or reissue applications of said Letters patents to the Assignee, as Assignee of the entire interest, and hereby covenants that Assignor has full right to convey the entire interest herein assigned, and that Assignor has not executed and will not execute, any agreement in conflict herewith.

Executed this 9 day of June, 2020.

BANKRUPTCY ESTATE OF
STARK POWER, INC.

By: *[signature]* Trustee
Name: John A. Taylor
Title: Trustee



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 29, 2024

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON

*August 19, 2024*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

508712434    08/19/2024

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
Assignment ID: PAT1437593

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Martin Koebler | 08/15/2024 |

### RECEIVING PARTY DATA

| Company Name: | LithiumHub Technologies, LLC |
|---|---|
| Street Address: | 104 E. Houston Street, Suite 150 |
| City: | Marshall |
| State/Country: | TEXAS |
| Postal Code: | 75670-4144 |

### PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 9412994 |
| Patent Number: | 9954207 |

### CORRESPONDENCE DATA

Fax Number: 8642337342

Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.

Phone: 8642711592  
Email: usdocketing@dority-manning.com,jackie@dority-manning.com  
Correspondent Name: Tim F. Williams  
Address Line 1: P.O. Box 1449  
Address Line 4: Greenville, SOUTH CAROLINA 29602-1449

| ATTORNEY DOCKET NUMBER: | LHUB-2-1TC |
|---|---|
| NAME OF SUBMITTER: | Jackie Leonard |
| SIGNATURE: | Jackie Leonard |
| DATE SIGNED: | 08/19/2024 |

Total Attachments: 3  
source=LHUB-2-ITC_Assignment_Agreement#page1.tif  
source=LHUB-2-ITC_Assignment_Agreement#page2.tif  
source=LHUB-2-ITC_Assignment_Agreement#page3.tif

508712434

PATENT  
REEL: 068327 FRAME: 0264

## ASSIGNMENT AGREEMENT

This ASSIGNMENT AGREEMENT ("Assignment Agreement") is entered into and is effective as of August 15, 2024, by and between Martin Koehler ("Koehler"), an individual domiciled in Pickens County, South Carolina, USA, and LithiumHub Technologies, LLC, a corporation registered in Texas and having a place of business at 104 E. Houston Street, Suite 150, Marshall, Texas, 75670-4144, USA ("Lithium").

WHEREAS, Koehler is the owner of U.S. Patent Nos. 9,412,994 and 9,954,207 ("Patent Assets");

WHEREAS, Koehler is the owner of certain licenses to the Patent Assets including a license of March 25, 2019 to Goodall Battery, LLC, an Indiana Domestic Limited Liability Company having an address at 10896 W. 300 North, Michigan City, Indiana, 46360, USA; and a license to Lithium Hub, LLC, a limited liability company having an address at 125 Tate Road, Norris, South Carolina, USA (collectively the "License Assets"); and

WHEREAS, Lithium is desirous of acquiring the entire right, title, and interest in, and to, all of Koehler's rights, titles, and interest to the Patent Assets and the License Assets.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the Parties hereto (Koehler and Lithium) agree as follows:

1. Koehler hereby sells, assigns, transfers, conveys and delivers to Lithium, its successors and assigns, to have and to hold forever, without warranty of any kind, express or implied being made by this Assignment Agreement, all of Koehler's right, title, and interest in and to (i) the Patent Assets and any inventions set forth or embodied therein, including without limitation the right to make, to use, to import, to offer to sell, to sell, and to exclude others from making, using, importing, offering to sell, or selling the inventions of the Patent Assets, along with any provisional rights therein; (ii) any U.S. application or applications corresponding to or claiming priority to the Patent Assets; (iii) all divisions, reexaminations, reissues, substitutions, continuations, continuations in part, and extensions thereof; (iv) all rights of priority under the terms of any applicable conventions, treaties, statutes, or regulations, including without limitation the International Convention for Protection of Industrial Property for every member country, and the Patent Cooperation Treaty for every contracting state; (v) any and all legal or administrative actions and rights and remedies at law or in equity for past, present, and future infringements, misappropriations, or other violations of the Patent Assets, including the right to sue for, collect, and retain all damages, profits, proceeds therefrom, and all other remedies

Page 1 of 3

associated therewith, and the right to negotiate and settle such actions; and (vi) any and all income, royalties, damages, and payments now or hereafter due or payable with respect to the Patent Assets, and all for Lithium's own use and enjoyment and for the use and enjoyment of Lithium's successors, assigns, or other legal representatives as fully and entirely as the same would have been held and enjoyed by Koehler if this Assignment Agreement had not been made. For avoidance of doubt, the omission of any right associated with the Patent Assets from this paragraph should not be understood as a retention of such rights by Koehler. Rather, Koehler intends to assign, transfer, convey, and deliver to Lithium all substantial rights in the Patent Assets by execution of this Assignment Agreement.

2. Koehler hereby sells, assigns, transfers, conveys and delivers to Lithium, its successors and assigns, to have and to have and to hold forever, without warranty of any kind, express or implied being made by this Assignment Agreement, all of Koehler's right, title, and interest in and to License Assets, including without limitation (i) all of the rights of the licensors of the License Assets, (ii) any and all legal or administrative actions and rights and remedies at law or in equity for past, present, and future violations of the License Assets including the right to sue for, collect, and retain all damages, profits, proceeds therefrom, and all other remedies associated therewith, and the right to negotiate and settle such actions; and (iii) any and all income, royalties, damages, and payments now or hereafter due or payable with respect to the License Assets, and all for Lithium's own use and enjoyment and for the use and enjoyment of Lithium's successors, assigns, or other legal representatives as fully and entirely as the same would have been held and enjoyed by Koehler if this Assignment Agreement had not been made. For avoidance of doubt, the omission of any right associated with the License Assets from this paragraph should not be understood as a retention of such rights by Koehler. Rather, Koehler intends to assign, transfer, convey, and deliver to Lithium all substantial rights in the License Assets by execution of this Assignment Agreement.

3. Each of the Parties hereto will execute and deliver such additional documents, instruments, conveyances and assurances and take such further actions as may be reasonably required to carry out the provisions hereof and give effect to the transactions contemplated by this Assignment Agreement.

4. No provision of this Assignment Agreement may be amended, supplemented or modified except by a written instrument making specific reference hereto signed by all the parties.

5. This Assignment Agreement, and all claims or causes of action (whether in contract or tort) that may be based upon, arise out of, or relate to this Assignment Agreement or the negotiation, execution or performance of this Assignment Agreement, shall be governed solely by and construed in accordance with the internal laws of the State of South Carolina without regard to the conflict-of-law principles thereof.

6. This Assignment Agreement may be executed in multiple original, PDF or facsimile counterparts, each of which shall be deemed an original, and all of which taken together shall be considered one and the same agreement.

Executed this 15 day of August, 2024.

MARTIN KOEBLER

By: _____

MARTIN KOEBLER

By: _____
President
LithiumHub Technologies, LLC

STATEMENT BY WITNESS:

I, Julia L. Collins (name of Witness), a resident of Pickens County, South Carolina, was personally present and did see Martin Koebler , who is known to me, duly sign and execute the above Assignment Agreement.

_____ (signature of Witness)
8/15/2024 DATE

Page 3 of 3