**EXHIBIT D**

<h1 style="text-align:center">LITHIUMHUB'S INFRINGEMENT ANALYSIS</h1>

**U.S. Patent No. 9,412,994 – LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery**

**Independent Claims 1 and 14**

LithiumHub provides evidence of infringement of independent claims 1 and 14 of U.S. Patent No. 9,412,994 (hereinafter "the '994 patent") by LiTime.  In support thereof, LithiumHub provides the following claim charts.

"Accused Products" as used herein refers to at least LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery and the Accused Products enumerated in the Complaint. These claim charts demonstrate LiTime's infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

Unless otherwise noted, LithiumHub contends that LiTime directly infringes the '994 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Products. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, LithiumHub further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. LiTime makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims 1 and 14 of the '994 patent, including without limitation, the Accused Products.

Unless otherwise noted, LithiumHub believes and contends that each element of each claim asserted herein is literally met through LiTime's provision of the Accused Products. However, to the extent that LiTime attempts to allege that any asserted claim element is not literally met, LithiumHub believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, LithiumHub did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein. In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, LithiumHub asserts that, on information and belief, any similarly functioning Accused Product also infringes the charted claim. LithiumHub reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by LiTime. LithiumHub further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| **Claim 1** | |
| **[1p]** A battery pack for driving an electrical device in a 12 volt to 120 volt operating system, said battery pack having a positive terminal and a negative terminal, comprising: | To the extent the preamble is limiting, the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery is a battery pack for driving an electrical device in a 12 volt to 120 volt operating system.<br><br><br><br>*Source:* https://www.litime.com/products/12v-100ah-group-24-lithium-battery |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | <br><br>To the extent the preamble is limiting, the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery has a positive terminal and a negative terminal.<br><br> |
| [1a] | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery has a battery pack housing with a first portion (1) and a mating second portion (2). |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| a battery pack housing having at least a first portion and a mating second portion; |   |
| [1b]<br>at least one lithium-based rechargeable cell within said housing, each such cell having a positive pole and a negative pole; | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery comprises at least one lithium-based rechargeable cell within said housing.<br><br><br><br>*Source*: https://www.litime.com/products/12v-100ah-group-24-lithium-battery |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |    |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | Additionally, for example, the polarity of each unit in a cell of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery was demonstrated as having a positive pole and a negative pole by using a multimeter to measure a voltage potential across the positive pole and a negative pole of a cell.<br><br> |
| [1c-i]<br>a circuit board within said housing configured to balance each individual cell within said housing, and having a cutoff function incorporated therein, | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery comprises a circuit board (2) within said housing configured to balance each individual cell within said housing and having a cutoff function incorporated therein.<br><br><br><br>*Source*: https://www.litime.com/products/12v-100ah-group-24-lithium-battery |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |   The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery comprises a circuit board having a cutoff function incorporated therein.<br><br>For example, as demonstrated by connecting the battery terminals of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery to a computerized battery analyzer (*see* photo A below), the cutoff functionality is demonstrated by the termination of electrical current when the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery was discharged below its rated voltage (*see* photo B below). Similarly, the cutoff functionality is also demonstrated by the termination of electrical current when the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery was charged above its rated voltage (*see* photo C below). |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |
| [1c-ii]<br>said circuit board including a plurality of pairs of solid state switches with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches, | The circuit board (2) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery includes a plurality of pairs of solid state switches (4) with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches (e.g., 4i-4viii). |

9

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | CR MICRO<br>华润微电子(重庆)有限公司<br><br>**CRST055N08N, CRSS052N08N**<br>SkyMOS1 N-MOSFET 85V, 4.6mΩ, 120A<br><br>**Features**<br>• Uses CRM(CQ) advanced SkyMOS1 technology<br>• Extremely low on-resistance $R_{DS(on)}$<br>• Excellent $Q_g \times R_{DS(on)}$ product(FOM)<br>• Qualified according to JEDEC criteria<br><br>**Product Summary**<br>$V_{DS}$ — 85V<br>$R_{DS(on)}$ — 4.6mΩ<br>$I_D$ — 120A<br><br>**Applications**<br>• Motor control and drive<br>• Battery management<br>• UPS (Uninterrupible Power Supplies)<br><br>*100% Avalanche Tested*<br><br>TO-220   TO-263<br>CRST055N08N   CRSS052N08N<br><br>*Source*: https://www.lcsc.com/datasheet/lcsc_datasheet_2304140030_CRMICRO-CRSS052N08N_C410924.pdf |
| [1c-iii]<br>each switch having a source and a drain, the switches of a pair of solid state switches being configured such that either the drains of the switches are connected or the sources of the switches are connected; and | Each switch (4) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery has a source (i.e., "S") and a drain (i.e., "D").  The switches of a pair of solid state switches being configured such that either the drains of the switches are connected or the sources of the switches are connected |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  *Source*: https://www.lcsc.com/datasheet/lcsc_datasheet_2304140030_CRMICRO-CRSS052N08N_C410924.pdf<br><br>The switches of a pair of solid state switches (4) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery are configured such that the drains of the switches are connected. |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  | For example, as demonstrated by testing the electrical continuity using a multimeter, the drains of the switches of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery are connected, as shown by the nominal resistance measured between the drains of opposed MOSFETs.<br><br><br><br> |
| [1d]<br>said parallel configuration of the plurality of solid state | The parallel configuration of the plurality of solid state switches (4) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery are connected in series with the one or more cells (7) between the positive (10) and negative terminals (11) of the battery pack. |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| switches being connected in series with said one or more cells between said positive and negative terminals of the battery pack. |  |
| Claim 14 | |
| [14p]<br>A battery pack for driving an electrical device in a 1 volt to 120 volt operating system, said battery pack comprising: | To the extent the preamble is limiting, the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery is a battery pack for driving an electrical device in a 1 volt to 120 volt operating system. |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | <br><br>*Source*: https://www.litime.com/products/12v-100ah-group-24-lithium-battery |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |
| [14a]<br>a battery pack housing having at least first and second mating portions, said housing having a positive terminal and a negative terminal; | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery includes a battery pack housing having at least first (1) and second mating portions (2).<br><br> <br><br>The housing of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery has a positive terminal and a negative terminal. |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |
| [14b]<br>at least one lithium-based rechargeable cell within said housing, said cell having a positive pole and a negative pole; | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery includes at least one lithium-based rechargeable cell within said housing.<br><br><br><br>*Source*: https://www.litime.com/products/12v-100ah-group-24-lithium-battery |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |    |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | Additionally, for example, the polarity of each unit in a cell of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery was demonstrated as having a positive pole and a negative pole by using a multimeter to measure a voltage potential across the positive pole and a negative pole of a cell.<br><br> |
| [14c-i]<br>a circuit board within said housing having a cutoff function incorporated therein, | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery comprises a circuit board (2) within the housing.<br><br><br><br>*Source*: https://www.litime.com/products/12v-100ah-group-24-lithium-battery |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |  <br><br>The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery comprises a circuit board (2) having a cutoff function incorporated therein.<br><br>For example, as demonstrated by connecting the battery terminals of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery to a computerized battery analyzer (*see* photo A below), the cutoff functionality is demonstrated by the termination of electrical current when the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery was discharged below its rated voltage (*see* photo B below). Similarly, the cutoff functionality is also demonstrated by the termination of electrical current when the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery was charged above its rated voltage (*see* photo C below). |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |
| [14c-ii]<br>said circuit board including a plurality of pairs of solid state switches with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches, | The circuit board (2) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery includes a plurality of pairs of solid state switches (4) with each pair of solid state switches connected in a parallel configuration to another pair of solid state switches (e.g., 4i-4viii). |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  | <br> |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | <br><br>*Source*: https://www.lcsc.com/datasheet/lcsc_datasheet_2304140030_CRMICRO-CRSS052N08N_C410924.pdf |
| [14c-iii]<br>each switch having a source and a drain, the switches of a pair of solid state switchers being configured such that either the drains of the switches are connected or the sources of the switches are connected; and | Each switch (4) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery has a source (i.e., "S") and a drain (i.e., "D").  The switches of a pair of solid state switchers being configured such that either the drains of the switches are connected or the sources of the switches are connected |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| |  |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  | <br><br>*Source*: https://www.lcsc.com/datasheet/lcsc_datasheet_2304140030_CRMICRO-CRSS052N08N_C410924.pdf<br><br>The switches of a pair of solid state switches (4) of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery are configured such that the drains of the switches are connected. |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
|  | <br><br> |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| | For example, as demonstrated by testing the electrical continuity using a multimeter, the drains of the switches of the LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery are connected, as shown by the nominal resistance measured between the drains of opposed MOSFETs. <br><br>  <br><br>  |
| [14d] <br> said parallel configuration of the plurality of solid state switches being connected in | The LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery includes said parallel configuration of the plurality of solid state switches (4) being connected in series with the one or more cells (7) between the positive (10) and negative terminals (11) of the battery pack. |

| US9,412,994 Claim Element | LiTime 12V 100Ah Group 24 Deep Cycle LiFePO4 Lithium Battery |
|---|---|
| series with said one or more cells between said positive and negative terminals of the battery pack. |  |